990 A.2d 725

**Richard M. MAHER, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS; Pennsylvania Board of Probation and Parole; Attorney General of Pennsylvania, Appellees.**

Supreme Court of Pennsylvania.

March 24, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of March, 2010, the Order of the Commonwealth Court is **AFFIRMED.**